# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

JOSEPH DAVIS et al.,

    Plaintiffs,

v.                                             CASE NO. 5:18cv145-RH/GRJ

PHILIP MORRIS USA INC.,

    Defendant.

_____/

## ORDER DENYING THE MOTION TO SEVER

This case arises from the allegedly tobacco-related death of one smoker and injuries to two others. The decedent and one of the injured plaintiffs were husband and wife. The defendant has moved to sever, asserting the claims are improperly joined.

Federal Rule of Civil Procedure 20(a)(1) allows persons to join in one action as plaintiffs if:

> (A) they assert any right to relief jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences; and
>
> (B) any question of law or fact common to all plaintiffs will arise in the action.

In this case the plaintiffs assert rights arising from the same series of transactions: sales of cigarettes by the defendant. Common questions of law and fact will arise in the action. The plaintiffs properly joined in this one action. This is especially true the claims arising from tobacco use by the husband and his deceased wife; those claims probably will involve overlapping witnesses.

Federal Rule of Civil Procedure 42 allows a court to sever claims for separate trials. It may well be that the claims in this case should be severed for two or perhaps three separate trials. That issue can be addressed at the pretrial conference. In the meantime, it makes sense to combine discovery in this single action.

Accordingly,

IT IS ORDERED:

The motion to sever, ECF No. 13, is denied.

SO ORDERED on August 3, 2018.

        <u>s/Robert L. Hinkle</u>
        United States District Judge